FILED

APR 17 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA A. WALIZER AND RICHARD A. MENGER,<br><br>Defendants. | Cause No: 1:19-cv-00016-SPW-TJC<br><br>**ORDER FOR DISMISSAL** |

Upon the Plaintiff's Notice of Dismissal (Doc. 5) and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

IT IS HEREBY ORDERED that the above-captioned matter is

**DISMISSED WITHOUT PREJUDICE.**

Dated this 16th day of April, 2019.

SUSAN P. WATTERS
United States District Court Judge